In the Matter of DAIRYMEN'S LEAGUE CO-OPERATIVE ASSOCIATION, INC., Appellant, against C. CHESTER DU MOND, as Commissioner of Agriculture and Markets of the State of New York, et al., Respondents.

Submitted October 5, 1953; decided October 22, 1953.

*Robert G. Blabey* and *George G. Fiesinger* for motion.
*Maurice A. Gellis* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion.